UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAINA M. EASLEY,<br><br>         Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No. 12-cv-66-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of Social Security, to deny plaintiff Daina M. Easley's applications for Supplemental Security Income benefits is affirmed.

**Date:   May 10, 2013**                                        NANCY J. ROSENSTENGEL, Clerk of Court

                                                                                   **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**     s/J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**